UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In Re: §
§
EXPERT SOUTH TULSA, LLC § Case No. 10-20982 RDB
§
Debtor §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 03/30/2010. The case was converted to one under Chapter 7 on 03/29/2016. The undersigned trustee was appointed on 03/29/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $     750,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 190,000.00 |
| Bank service fees | 697.53 |
| Other payments to creditors | 467,325.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]       $      91,977.47

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/22/2019 and the deadline for filing governmental claims was 07/22/2019 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 40,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 40,750.00 , for a total compensation of $ 40,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 500.00 , for total expenses of $ 500.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/08/2021     By:/s/Steven R. Rebein, Chapter 7 Trustee
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Case No: 10-20982 RDB Judge: ROBERT D. BERGER  
Case Name: EXPERT SOUTH TULSA, LLC  

Trustee Name: Steven R. Rebein, Chapter 7 Trustee  
Date Filed (f) or Converted (c): 03/29/16 (c)  
341(a) Meeting Date: 05/03/16  

For Period Ending: 11/15/21  
Claims Bar Date: 07/22/19  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Country Club Bank - checking account | 0.00 | 0.00 | | 0.00 | FA |
| 2. Expert 157 Riverside, LLC | 252,772.97 | 0.00 | | 0.00 | FA |
| 3. Pending Litigation (on appeal) (u) | 0.00 | 500,000.00 | | 750,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $252,772.97 | $500,000.00 | | $750,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11/15/21 - TFR submitted to UST for approval;

9/14/21 - Trustee filed Court closing costs request;

3/31/21 - Accountant is preparing 2020 estate tax returns;

12/30/20 - Order Authorizing Trustee to Employ Estate Accountant entered - DOC# 345

10/19/20 - Second medtion was successful - Court Approved Settlement in adv. pro. 11-6011 with LTF Real Estate Co. on October 19, 2020 - DOC# 343;

3/31/20 - First medation was unsuccessful; Second mediation was set up for April, 2020 but mediation has now been postponed due to COVID-19 pandemic;

3/31/19 - Mediation has been ordered in the pending adversary proceeding;

3/31/18 - Adversary Proceeding is still pending;

6/19/17 - Agreed Amended Scheduling Order entered by the Court in adversary proceding 11-6011 - Dispositive Motion due by 1/31/2018.;

3/23/17 - 10th Circuit ruled against estate on part of claims; Balance in adversary proceeding set for status conference on April 6, 2017

12/1/16 - Pending litigation on appeal;

| | | | |
|---|---|---|---|
| Case No: | 10-20982    RDB    Judge: ROBERT D. BERGER | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
| Case Name: | EXPERT SOUTH TULSA, LLC | Date Filed (f) or Converted (c): | 03/29/16 (c) |
| | | 341(a) Meeting Date: | 05/03/16 |
| | | Claims Bar Date: | 07/22/19 |

6/16/16 - Order Approving Employment of Jonathan Margolies as Special Counsel;

4/28/16 - Order Approving Rebein as Counsel for the Trustee;

3/29/16 - Ch 11 converted to Ch 7

RE PROP# 2---Trustee deems all liened up;

RE PROP# 3---Trustee's "best estimate" value shown; RE: Steven R. Rebein, Chapter 7 Trustee for Expert South Tulsa, LLC and RE3 Developement, LLC v. Cornerstone Creek Partners, LLC, Case No. 15-3190, United States Court of Appeals for the Tenth Cicuit;  Order Granting Joint Motion to Approve Postpetition Financing Arrangement for Payment of Litigation Costs and Expenses dated 7/19/16;  Order Granting Motion for Approval of Settlement - DOC# 343 - dated October 19, 2020 for $750,000;  Funds disbursed by estate special counsel after payment to secured creditor and spcial counsel fees via 2 checks to the estate;

Initial Projected Date of Final Report (TFR): 01/15/19          Current Projected Date of Final Report (TFR): 11/15/21

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-20982 -RDB | | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
|---|---|---|---|---|
| Case Name: | EXPERT SOUTH TULSA, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******2423 Checking Account |
| Taxpayer ID No: | *******0982 | | | |
| For Period Ending: | 11/15/21 | | Blanket Bond (per case limit): | $ 23,898,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/23/20 | | McDowell, Rice, Smith & Buchanan, PC [part 1 of 2 deposits] Authorized per Court Order dated 10-19-20 - DOC# 343 | Net Pymt to Estate per Settlement | | 51,925.00 | | 51,925.00 |
| | 3 | MCDOWELL, RICE, SMITH & BUCHANAN, P | Memo Amount: 750,000.00 Payment Per Compromise Settlement | 1249-000 | | | |
| | | RE3 DEVELOPMENT LLC | Memo Amount: ( 467,325.00 ) Payment to Secured Creditor, Ch 11 | 4800-000 | | | |
| | | MCDOWELL RICE SMITH & BUCHANAN, PC | Memo Amount: ( 190,000.00 ) Fee pymt to Estate Special Counsel | 3210-000 | | | |
| | | STEVEN R. REBEIN, TRUSTEE | Memo Amount: ( 40,750.00 ) TRUSTEE FEE | 2100-000 | | | |
| 11/23/20 | | McDowell, Rice, Smith & Buchanan, PC [Deposit 2 of 2] Trustee's fee portion of deposit - Settlment Court Order #343 | Reserved TRUSTEE FEE PAYMENT | 2100-000 | 40,750.00 | | 92,675.00 |
| 03/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 92.42 | 92,582.58 |
| 04/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 102.23 | 92,480.35 |
| 05/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 98.82 | 92,381.53 |
| 06/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 102.01 | 92,279.52 |
| 07/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 98.60 | 92,180.92 |
| 08/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 101.78 | 92,079.14 |
| 09/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 101.67 | 91,977.47 |

Page Subtotals 92,675.00 697.53

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |   | | |
|---|---|---|---|---|
| Case No: | 10-20982 -RDB | | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
| Case Name: | EXPERT SOUTH TULSA, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******2423 Checking Account |
| Taxpayer ID No: | *******0982 | | | |
| For Period Ending: | 11/15/21 | | Blanket Bond (per case limit): | $ 23,898,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 750,000.00 | COLUMN TOTALS | | 92,675.00 | 697.53 | 91,977.47 |
| | Memo Allocation Disbursements: | 698,075.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 92,675.00 | 697.53 | |
| | Memo Allocation Net: | 51,925.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 92,675.00 | 697.53 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 750,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 698,075.00 | Checking Account - ********2423 | | 92,675.00 | 697.53 | 91,977.47 |
| | | | | | ----------------------- | ----------------------- | ----------------------- |
| | Total Memo Allocation Net: | 51,925.00 | | | 92,675.00 | 697.53 | 91,977.47 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: December 08, 2021

Case Number: 10-20982
Debtor Name: EXPERT SOUTH TULSA, LLC

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | George E. Lins, C.P.A.<br>6420 West 95th Street, Suite 202<br>Overland Park, KS 66212 | Administrative | | $0.00 | $943.00 | $943.00 |
| 000001A<br>058<br>5800-00 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Priority | Allowed - Priority portion of claim | $0.00 | $7.56 | $7.56 |
| 000001B<br>080<br>7300-00 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Unsecured | Allowed - penalty / unsecured portion of claim | $0.00 | $1,074.00 | $1,074.00 |
| 000002<br>070<br>7100-00 | Hall Estill Hardwick, et al.<br>c/o R. Mark Petrich<br>320 S. Boston Ave., Suite 200<br>Tulsa, OK 74103 | Unsecured<br>Allowed | | $0.00 | $11,118.00 | $11,118.00 |
| 000003<br>070<br>7100-00 | Team Sweat, LLC<br>c/o Brenda S. Kitchen<br>3100 Broadway, Ste. 1209<br>Kansas City, MO 64111 | Unsecured | Allowed as Amended to entirely general unsecured on 9/21/20; Transfer of Claim on 9/21/20; | $0.00 | $944,941.34 | $944,941.34 |
| 000004<br>070<br>7100-00 | City of Tulsa<br>175 East 2nd Street, Suite 685<br>Tulsa, OK 74103 | Unsecured<br>Allowed | | $0.00 | $4,316.50 | $4,316.50 |
| 000005<br>070<br>7100-00 | RE3 Development LLC<br>c/o Edwin H. Hawes, III<br>8826 Santa Fe, Suite 304<br>Overland Park, KS 66212 | Unsecured<br>Allowed | | $0.00 | $7,680,000.00 | $7,680,000.00 |
| 000006<br>050<br>4210-00 | LTF Real Estate Company, Inc.<br>c/o Droel Law<br>7900 Xerxes Avenue South, Suite 1930<br>Bloomington, MN 55431 | Secured | Claim is waived per the Order Granting Motion for Approval of Settlement entered 10/19/20 - DOC# 343; | $0.00 | $1,226,400.00 | $1,226,400.00 |
| 7<br>001<br>2950-00 | Office of the United States Trustee<br>United States Trustee Payment Center<br>PO Box 6200-19<br>Portland, OR 97228 | Administrative<br>Allowed | | $0.00 | $326.58 | $326.58 |
| | Case Totals: | | | $0.00 | $9,869,126.98 | $9,869,126.98 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-20982 RDB
Case Name: EXPERT SOUTH TULSA, LLC
Trustee Name: Steven R. Rebein, Chapter 7 Trustee

| | Balance on hand | $ 91,977.47 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | LTF Real Estate Company, Inc. | $ 1,226,400.00 | $ 1,226,400.00 | $ 0.00 | $ 0.00 |

| | Total to be paid to secured creditors | $ 0.00 |
| | Remaining Balance | $ 91,977.47 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Steven R. Rebein, Chapter 7 Trustee | $ 40,750.00 | $ 0.00 | $ 40,750.00 |
| Trustee Expenses: Steven R. Rebein, Chapter 7 Trustee | $ 500.00 | $ 0.00 | $ 500.00 |
| Accountant for Trustee Fees: George E. Lins, C.P.A. | $ 825.00 | $ 0.00 | $ 825.00 |
| Accountant for Trustee Expenses: George E. Lins, C.P.A. | $ 118.00 | $ 0.00 | $ 118.00 |
| Fees: Office of the United States Trustee | $ 326.58 | $ 0.00 | $ 326.58 |

| | Total to be paid for chapter 7 administrative expenses | $ 42,519.58 |
| | Remaining Balance | $ 49,457.89 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 7.56 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Internal Revenue Service | $ 7.56 | $ 0.00 | $ 7.56 |
| | Total to be paid to priority creditors | | | $ 7.56 |
| | Remaining Balance | | | $ 49,450.33 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,640,375.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Hall Estill Hardwick, et al. | $ 11,118.00 | $ 0.00 | $ 63.63 |
| 000003 | Team Sweat, LLC | $ 944,941.34 | $ 0.00 | $ 5,408.06 |
| 000004 | City of Tulsa | $ 4,316.50 | $ 0.00 | $ 24.70 |
| 000005 | RE3 Development LLC | $ 7,680,000.00 | $ 0.00 | $ 43,953.94 |
| | Total to be paid to timely general unsecured creditors | | | $ 49,450.33 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,074.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Internal Revenue Service | $ 1,074.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |